1
2
3
4  THOMAS P. O'BRIEN
5  United States Attorney
6  LEON W. WEIDMAN
7  Assistant United States Attorney
8  Chief, Civil Division
9  KATHERINE R. LOO
10 Special Assistant United States Attorney
11       333 Market Street, Suite 1500
12       San Francisco, California  94105
13       Tel:  (415) 977-8927
14       Fax:  (415) 744-0134
15       Email:  Katherine.Loo@ssa.gov
16
17 Attorneys for defendant Michael J. Astrue,
18       Commissioner of Social Security
19
20
21
22           UNITED STATES DISTRICT COURT
23           CENTRAL DISTRICT OF CALIFORNIA
24           WESTERN DIVISION
25
26
27 RYAN K. PFEILSCHIEFTER,           ) No.  CV-08-2075-VBK
28                                    )
                                      ) **JUDGMENT OF REMAND**
         Plaintiff,                   )
         v.                           )
   MICHAEL J. ASTRUE, Commissioner   )
   of Social Security Administration, )
                                      )
         Defendant.                   )
                                      )
   _____    )

   The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand.
   ///
   ///

   **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.
   DATED: __September 12, 2008__

                        _____/s/_____
                        HON. VICTOR B. KENTON
                        UNITED STATES MAGISTRATE JUDGE

Presented by:

THOMAS P. O'BRIEN
United States Attorney

LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

 */s/ - Katherine R. Loo*
KATHERINE R. LOO
Special Assistant United States Attorney

Attorneys for Defendant